

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **K CAPITAL CORPORATION** | * | **CASE NO. 10-35540NVA** |
| **Debtor** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **CHARLES R. GOLDSTEIN** | * | |
| **CHAPTER 7 TRUSTEE** | | |
| | * | |
| **Plaintiff** | | **Adv. No. 12-00754NVA** |
| | * | |
| **v.** | | |
| | * | |
| **WAYNE B. KNIGHT,  et al.,** | | |
| | * | |
| **Defendants** | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING, IN PART, PLAINTIFF'S
### MOTION FOR SANCTIONS AGAINST DEFENDANTS

Upon consideration of the Plaintiff's Motion for Sanctions Against Defendants, including

Avoidance of Underlying Transfers and Entry of Money Judgment (the "Motion") filed by

Charles R. Goldstein (the "Trustee") on March 16, 2015, the response thereto (the "Response")

filed by defendants Wayne B. Knight ("Knight") and 2021 Love Point, LLC (collectively, the

"Defendants") on April 2, 2015, and the reply thereto (the "Reply") filed by the Trustee on April 24, 2015, it is by the United States Bankruptcy court for the District of Maryland, hereby

ORDERED, that the Motion is hereby GRANTED, in part; and it is further

ORDERED, that Defendants shall amend their: i) response to the Trustee's request for production of documents; and ii) answer to the Trustee's Interrogatory 15 so such answer and response are in compliance with this Court's Order Granting, in Part, and Denying, in Part, Plaintiff's Motion to Compel Discovery Responses Against all Defendants entered on July 10, 2014.


cc:     Alan Grochal, Esq.
        Tydings and Rosenberg, LLP
        100 E. Pratt Street, 26th Floor
        Baltimore, MD 21202

        James R. Schraf, Esq.
        Yumkas, Vidmar & Sweeney, LLC
        10211 Wincopin Circle, Suite 500
        Columbia, MD 21044

**END OF ORDER**