IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: K CAPITAL CORPORATION | * | Case No: 10-35540-NVA (Chapter 7) |
| Debtor | * | |
| CHARLES R. GOLDSTEIN, CHAPTER 7 TRUSTEE | * | |
| Plaintiff | * | |
| v. | * | Adv. Pro. No: 12-00754-NVA |
| WAYNE B. KNIGHT and 2021 LOVE POINT, LLC | * | |
| Defendants | * | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

James R. Schraf ("Schraf"), James A. Vidmar ("Vidmar"), Lisa Yonka Stevens ("Stevens") and Yumkas, Vidmar, Sweeney & Mulrenin, LLC move to withdraw their appearance as counsel in this case pursuant to Md. Local Bankr. Rule 9010-4, and in support thereof state:

1. Schraf, Vidmar, Stevens and the law firm of Yumkas, Vidmar, Sweeney & Mulrenin, LLC (collectively, "YVSM") have appeared in the above-captioned adversary case on behalf of Wayne B. Knight ("Knight") and 2021 Love Point, LLC ("LPLLC").

2. By letter dated March 30, 2016, YVSM has advised both Knight and LPLLC that YVSM is planning to withdraw and that Knight and LPLLC may hire new counsel. The letter was sent to each addressee by certified mail, return receipt requested and first class mail.

3. The letter dated March 30, 2016, was sent to Knight and LPLLC via first class and certified mail, return receipt requests. Knight is the managing member of LPLLC. A copy of the letter is attached herewith as **Exhibit 1**.

4. Knight signed the certified mail receipts for himself and LPLLC. Copies of the signed certified mail receipts are attached herewith as **Exhibits 2 and 3**.

5. The undersigned hereby certifies that:

The name and last known address of Wayne B. Knight and 2021 Love Point, LLC is:

2120 Love Point Road
Stevensville, Maryland 21666

6. A written notice has been mailed to or otherwise served upon Knight and LPLLC at least seven (7) days prior to the filing of this motion advising Knight and LPLLC of counsel's proposed withdrawal and notifying Knight and LPLLC that they must have new counsel enter an appearance or be subject to the dismissal of its claims and/or default judgment on claims against it. (See paragraphs 2 through 4 above).

7. Knight and LPLLC have failed and refused to pay invoices related to the services performed by YVSM and have thereby created a conflict of interest that compels withdrawal of counsel in this case.

8. Pursuant to Md. Local Bankr. Rule 9013-2, no separate memorandum of law is being filed, and the movant will rely solely upon this motion.

9. WHEREFORE, YVSM prays that this Court enter an Order granting leave to withdraw its appearance effective immediately and granting such other and further relief as is just and appropriate.

                                         /s/ James R. Schraf
                                         James R. Schraf 03470
                                         James A. Vidmar, 00271
                                         Lisa Yonka Stevens, 27728
                                         Yumkas, Vidmar, Sweeney & Mulrenin, LLC
                                         10211 Wincopin Circle, Suite 500
                                         Columbia, Maryland 21044
                                         Ph: (443) 569-0755
                                         Fx: (410) 571-2798
                                         jschraf@yvslaw.com
                                         *Attorneys for Defendants, Wayne Knight and 2021 Love Point, LLC*

4811-3823-0575, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2016, this Motion to Withdraw Appearance, was sent electronically and mailed first class, postage prepaid to:

>Alan M. Grochal, Esquire
>Mary Fran Ebersole, Esquire
>Tydings & Rosenberg LLP
>100 East Pratt Street, 26th Floor
>Baltimore, Maryland  21202
>
>Wayne B. Knight
>2120 Love Point Road
>Stevensville, Maryland  21666
>
>2021 Love Point LLC
>2120 Love Point Road
>Stevensville, Maryland  21666
>Attn:  Wayne B. Knight

_/s/ James R. Schraf_
James R. Schraf
